UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY CHIDDICK, | : | |
| | : | |
| Plaintiff, | : | Civil Action No. 22-3150 |
| | : | |
| v. | : | |
| | : | |
| ROSEMONT COLLEGE and | : | |
| ROSEMONT COLLEGE OF THE HOLY | : | |
| CHILD JESUS, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS ROSEMONT COLLEGE'S AND ROSEMONT COLLEGE OF THE HOLY CHILD JESUS'S Fed. R. Civ. P. 7.1 DISCLOSURE STATEMENT**

X   The nongovernmental corporate parties, Rosemont College and Rosemont College of the Holy Child Jesus, in the above listed civil action, do not have any parent corporation and publicly held corporation that owns 10% or more of their stock.

☐   The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% of its stock: _____.

Respectfully submitted,

**KAUFMAN DOLOWICH & VOLUCK, LLP**

Date:  December 23, 2022          By:   /s/ Eileen Monaghan Ficaro
Gregory S. Hyman, Esq. (69866)
Eileen Monaghan Ficaro, Esq. (200830)
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
215-501-7002
ghyman@kdvlaw.com
eficaro@kdvlaw.com
*Counsel for Defendants,*
*Rosemont College and Rosemont College of the*
*Holy Child Jesus*